UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Bill Max Overton,
    Plaintiff(s),

v.

Case No. 1:11cv591
(J. Spiegel, Litkovitz, M.J.)

United States of America,
    Defendant(s).

## ORDER

This matter is before the Court on plaintiff's motions for ruling on his appeal from the court order issued on November 4, 2011 dismissing this case for failure to proceed in forma pauperis (Docs. 11 and 13). On December 29, 2011, the US Court of Appeal for the Sixth Circuit entered an Order dismissing plaintiff's appeal of the District Court's decision for want of prosecution.

Therefore, plaintiff's motions are **hereby Denied as Moot**.

**IT SO ORDERED**.

1/31/2012
Date

*Karen L. Litkovitz*
KAREN L. LITKOVITZ
U.S. Magistrate Judge

awh    January 31, 2012